FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER
WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
ATTORNEYS & COUNSELORS AT LAW

July 5, 2006

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 200
Orange, CA 92868

**Re: Notice of Rescission by David L'Heureux/Barbara A. L'Heureux of 57 Benbridge Avenue, Warwick, RI 02888; Loan Number: 0067140202, Closing Date 01/09/2004.**

To Whom It May Concern:

I represent David L'Heureux and Barbara A. L'Heureux concerning the mortgage loan transaction they entered into with Ameriquest Mortgage Company on January 9, 2004. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. L'Heureux was given incomplete and therefore inaccurate notices of right to cancel the above consumer credit contract. Additionally, Mrs. L'Heureux was not given **any** material disclosures pertaining to the same consumer transaction, both in violations of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the L'Heureux's property located at 57 Benbridge Avenue, Warwick, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**David L'Heureux /Barbara A. L'Heureux,**
**By their Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: David L'Heureux and Barbara A. L'Heureux

TWO DEXTER STREET, P.O. BOX 479 PAWTUCKET, RI 02862 PHONE: (401) 728-6060 FAX: (401) 728-6534