FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER
WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
ATTORNEYS & COUNSELORS AT LAW

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

November 6, 2006

**Re: Notice of Rescission by Peter B. Gayauski and Donna L. Gayauski of 27 Smythe Street, Middletown, RI 02842; Loan Number: 0135483980;Closing Date: 10/04/2005**

To Whom It May Concern:

I represent Peter B. Gayauski and Donna L. Gayauski concerning the mortgage loan transaction they entered into with Ameriquest Mortgage Company on October 4, 2005. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr.& Mrs. Gayauski were given incomplete and therefore, inaccurate notices of their right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Gayauski's property located at 27 Smythe Street, Middletown, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Peter B. Gayauski**
**Donna L. Gayauski,**
**By their Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Peter B. Gayauski and Donna L. Gayauski