**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| DAVID L'HEUREUX, MICHELLE L. FARRELL, PETER B. GAYAUSKI and DONNA L. GAYAUSKI, ANGEL L. RAMIREZ and BRENDA L. VILLEGAS-RAMIREZ, and STEVEN SILVIA, Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, Defendant. | C.A. NO. 06-511-T-DLM |

**DEFENDANT AMERIQUEST MORTGAGE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ameriquest Mortgage Company ("Ameriquest") hereby discloses that it is a wholly owned subsidiary of ACC Capital Holdings Corporation and that there is no publicly held company that owns 10% or more of Ameriquest stock.

AMERIQUEST MORTGAGE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (BBO #554167)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: December 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December, 2006, I electronically filed the foregoing DEFENDANT AMERIQUEST MORTGAGE COMPANY'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

891552_1/7511-13